**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ELIAN VALOR RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1602-J |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner, attempting to challenge his detainment with Immigration and Customs Enforcement, filed a 28 U.S.C. § 2241 petition [Doc. No. 1] and the matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell ordered Petitioner to either pay the $5.00 filing fee or move for leave to proceed in forma pauperis and warned him that failure to comply could result in dismissal of the action. [Doc. No. 4]. Petitioner did not respond or take any curative action, and Judge Mitchell recommends the action be dismissed without prejudice on that basis. [Doc. No. 5]. Petitioner did not object and has waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and DISMISSES Plaintiff's action without prejudice.

IT IS SO ORDERED this 14th day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE